HENRY MILLER, Respondent, *v.* ALPHONSE V. BENOIT, Appellant.

*Miller* v. *Benoit*, 29 App. Div. 252, affirmed.
(Argued October 10, 1900; decided October 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*P. Q. Eckerson* for appellant.

*John A. Mapes* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

TRUMAN C. WHITE, Respondent, *v.* HUNTINGTON R. KENYON, Appellant.

*White* v. *Kenyon*, 33 App. Div. 623, affirmed.
(Argued October 10, 1900; decided October 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 11, 1898, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived.

*Edward C. Randall* for appellant.

*Eugene M. Bartlett* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.